IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

LISA JO CHAMBERLIN                                                         PETITIONER

V.                                                           CAUSE NO. 2:11-CV-00072-CWR

CHRISTOPHER EPPS, COMMISSIONER,
DEPARTMENT OF CORRECTIONS, AND                               RESPONDENTS
JIM HOOD, ATTORNEY GENERAL

### ORDER APPOINTING COUNSEL NUNC PRO TUNC

The above-styled cause is before the Court on the Petitioner's Motion to Appoint Counsel Nunc Pro Tunc. Having reviewed the motion and the reasons for which this relief is requested, and with the understanding that Respondents do not intend to respond to this Motion, the Court is of the opinion that it should be granted.

THEREFORE, the Court hereby orders that Petitioner's Motion to Appoint Counsel Nunc Pro Tunc [7] is hereby granted, and the appointment of counsel for Petitioner, Elizabeth Under Carlyle and Kate Margolis, is hereby made effective as of April 1, 2011.

SO ORDERED this 11th day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE