IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

LISA JO CHAMBERLIN                                                                          PETITIONER

VS.                                                              CIVIL ACTION NO.: 2:11CV72CWR

MARSHALL L. FISHER, Commissioner,
Department of Corrections, and JIM HOOD,
Attorney General                                                                        RESPONDENTS

## FINAL JUDGMENT

This day, this Court entered a Memorandum Opinion and Order granting Lisa Jo Chamberlin's Petition for Writ of Habeas Corpus as to Ground Two. Docket No. 61. Accordingly,

IT IS HEREBY ORDERED AND ADJUDGED that Chamberlin's conviction and sentence are set aside, and that she shall be released from custody unless the State of Mississippi grants her a new trial within 120 days.

SO ORDERED AND ADJUDGED, this the 31st day of March, 2015.

s/Carlton W. Reeves
UNITED STATES DISTRICT JUDGE