IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

| | |
|---|---|
| **LISA JO CHAMBERLIN** | **PETITIONER** |
| **VS.** | **CIVIL ACTION NO.: 2:11CV72CWR** |
| **MARSHALL L. FISHER, Commissioner,** | |
| **Mississippi Department of Corrections,** | |
| **and JIM HOOD, Attorney General** | **RESPONDENTS** |

## ORDER GRANTING MOTION TO STAY

This matter came before the Court on the Respondents' Motion to Stay Order [Doc. #64]. Respondents seek to stay the Court's earlier Memorandum Opinion and Order, by which they are required to release Petitioner from custody unless she is granted a new trial within 120 days. Respondents have already filed a Notice of Appeal of this Court's Judgment, and they seek a stay pending the resolution of that appeal.  Having reviewed the Motion, Petitioner's Response, and Respondents' Reply, the Court is of the opinion that, given the legal arguments advanced by Respondents and the nature of this case, the Motion should be granted.  *See Hilton v. Braunskill*, 481 U.S. 770, 778 (1987).

**IT IS, THEREFORE, ORDERED** that Respondents' Motion to Stay Order [Doc. #64] is hereby **granted**, and execution of the Court's Judgment is stayed pending resolution of Respondents' appeal.  Respondents are ordered to notify this Court within thirty days of the entry of the mandate by the United States Court of Appeals for the Fifth Circuit disposing of the appeal of this case.

**IT IS SO ORDERED**, this the 27th day of May, 2015.

/s/ *Carlton W. Reeves*
Hon. Carlton W. Reeves
United States District Judge