# THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# EASTERN DIVISION

**LISA JO CHAMBERLIN**                                                        **PETITIONER**

**VS.**                                                **CIVIL ACTION NO.: 2:11-CV-72CWR**

**PELICIA HALL, Commissioner,**
**Mississippi Department of Corrections,**
**and JIM HOOD, Attorney General**                                           **RESPONDENTS**

## ORDER ALLOWING BUDGET MOTION TO BE FILED UNDER SEAL

This matter came before the Court on the Plaintiff's *ore tenus* request to file a Motion seeking approval of a proposed budget for specific work to be done on this case. By this Order, the Court will grant permission to submit a motion to approve the budget *ex parte* and under seal. After the entry of this Order, counsel may transmit the motion either to the presiding judge's chambers address or to the Court's death penalty law clerk, who will submit the motion to the Clerk's office for filing under seal.

**IT IS, THEREFORE, ORDERED** that Lisa Jo Chamberlin has permission to file a motion to approve her budget request under seal. Chamberlin may submit the motion *ex parte,* and Court personnel will docket it.

**IT IS SO ORDERED,** this the 22nd day of November, 2019.

                                                                  s/Carlton W. Reeves
                                                                  UNITED STATES DISTRICT JUDGE